

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 17, 2023

VIA ECF

Hon. Jesse M. Furman
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      **Re:  *Cucovic v. Mayorkas*, *et al.*, No. 23 Civ. 4764 (JMF)**

Dear Judge Furman:

    This Office represents the government in the above-referenced action, in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application to Register Permanent Residence or Adjust Status (Form I-485).  On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint, from August 21 to October 20, 2023.

    The extension is necessary because USCIS is in the process of evaluating the Form I-485 and needs additional time to consider next steps, which could resolve this matter without the Court's intervention. This is defendants' first request for an extension of the deadline to respond to the complaint.  Plaintiff consents to the requested relief.

    I thank the Court for its consideration of this request.

                                                      Respectfully submitted,

**Application GRANTED.  The Clerk is directed to terminate ECF No. 9.**

                                                      DAMIAN WILLIAMS
                                                      United States Attorney

**SO ORDERED.**

By:   s/ *Joseph A. Pantoja*
      JOSEPH A. PANTOJA
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2785
**August 17, 2023**                                 E-mail: joseph.pantoja@usdoj.gov
                                                     *Attorney for Defendants*

cc:  Counsel of record (via ECF)